IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEFFREY HOLLAND and BARBARA HOLLAND,

      Plaintiffs,

v.

GLOCK, INC.,

      Defendant.

CASE NO: 8:04-CV-158

**ORDER**

This matter came before the court on the joint stipulation of the parties (ECF #50-1). The court finds that the stipulation should be accepted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the deadline for Defendant's response and brief to Plaintiff's motion to compel is extended to and include May 23, 2005.

DATED this 10th day of May, 2005.

      BY THE COURT:

      s/F. A. Gossett
      United States Magistrate Judge