# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY HOLLAND and BARBARA HOLLAND, | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV158 |
| vs. | ) ) | ORDER |
| GLOCK, INC., | ) ) | |
| Defendant. | ) | |

The court has received correspondence from the parties indicating that they wish to continue the planning conference now set for June 2, 2005 due to an outstanding discovery dispute. I note that the defendant's response to plaintiffs' pending motion to compel is due on May 31, 2005. I will, therefore, continue the planning conference but will require counsel to appear at the time reserved for the conference to present oral argument on the pending Motion to Compel (Filing 43).

**IT IS ORDERED:**

1. The Rule 16 planning conference now set for June 2, 2005 is continued to a date to be determined by further order of the court.

2. Plaintiffs' Motion to Compel (Filing 43) is set for oral argument before the undersigned magistrate judge in Courtroom No. 6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska at the time previously reserved for the Rule 16 planning conference, i.e., **June 2, 2005 at 3:00 p.m.**

**DATED May 27, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**