IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY HOLLAND, and BARBARA HOLLAND,** | ) ) ) | **CASE NO. 8:04CV158** |
| Plaintiffs, | ) ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| **GLOCK, INC.,** | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation for Dismissal (Filing No. 62). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), though it does not indicate whether the dismissal is with or without prejudice. The Court, being fully advised in the premises, finds that dismissal is appropriate. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 62) is approved, and the requested relief is granted;

2. This action is dismissed without prejudice; and

3. The parties shall pay their own costs and attorney's fees unless otherwise agreed by and between them.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge